**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Georgia - Atlanta Division | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Dawson, Duane Leonard | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Dawson, Sheila Haddad |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>aka Duane L. Dawson | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>aka Sheila Haddad |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 4772 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 0245 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>2825 NE Expressway #N1<br>Ramsgate Condo<br>Atlanta, GA 30345 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>2825 NE Expressway #N1<br>Ramsgate Condo<br>Atlanta, GA 30345 |
| County of Residence or of the<br>Principal Place of Business:    De Kalb | County of Residence or of the<br>Principal Place of Business:    De Kalb |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney:  Emory L. Clark, 126750<br>Clark & Washington<br>3300 Northeast Expressway<br>Building 3, Suite A<br>Atlanta GA  30341  ph: 404-522-2222 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which** |
|---|---|
| ☑ Individual(s)  ☐ Railroad<br>☐ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other  ☐ Clearing Bank | **the Petition is Filed** (Check one box)<br>☑ Chapter 7  ☐ Chapter 11  ☐ Chapter 13<br>☐ Chapter 9  ☐ Chapter 12 |
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business  ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached |
| **Chapter 11 Small Business**  (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b).  See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-642 - 30484

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Duane Leonard Dawson & Sheila Haddad Dawson |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Duane Leonard Dawson
Signature of Debtor

X  /s/ Sheila Haddad Dawson
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

7/26/2005
Date

### Signature of Attorney

X  /s/ Emory L. Clark
Signature of Attorney for Debtor(s)

EMORY L. CLARK 126750
Printed Name of Attorney for Debtor(s)

Clark & Washington
Firm Name

3300 Northeast Expressway
Address

Building 3, Suite A Atlanta GA  30341

404-522-2222
Telephone Number

7/26/2005
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

((To be completed if debtor is an individual
whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  /s/ Emory L. Clark                          7/26/2005
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 3.9.0-642 - 30484

Form 7
(12/03)

## FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA -  ATLANTA DIVISION

In Re  __Duane Leonard Dawson & Sheila Haddad Dawson__     Case No.  _____

(Name)                                                                                          (if known)

Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.    Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                            SOURCE (if more than one)

2005(db)    $20,000.00    Employment

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 3.9.0-642 - 30484

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-642  -  30484

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| 2004(db) | $40,000.00 | Employment |
| 2003(db) | $44,000.00 | Employment |

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| 2005(jdb) | $18,000.00 | Employment |
| 2004(jdb) | $32,000.00 | Employment |
| 2003(jdb) | $34,000.00 | Employment |

**2.   Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3.   Payments to Creditors**

None ☐

a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Countrywide Home Loans P.O. Box 660074 Dallas, TX  75266 | 5/05-7/05 | $885.63/Month | $114,120.00 |
| Countrywide Home Loans P.O. Box 660074 Dallas, TX  75266 | 5/05-7/05 | $252.12/Month | $28,300.00 |
| Primus P.O. Box 680020 Franklin, TN  37068 | 5/05-7/05 | 213.00/Month | $2,091.00 |

| None ☒ | b. | List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

| None ☒ | a. | List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

| None ☒ | b. | Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

| None ☒ | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and Receiverships

| None ☒ | a. | Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒     year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter
13 must include information concerning property of either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.    Gifts**

None    List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☐     case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family
member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under
chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| World Changers College Park, GA | Church | 7/04-7/05 | $3,000.00 Tithes |

**8.    Losses**

None    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒     commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or
chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐     for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Emory L. Clark Clark & Washington 3300 Northeast Expressway Building 3, Suite A Atlanta  GA   30341 | 7/20/2005 | $209.00 Chapter 7 Filing Fees $1,200.00 Chapter 7 Attorney Fees |
| C.C.C. | 7/20/2002 | $1,093/Month |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 3.9.0-642 - 30484

**10. Other transfers**

None ☒

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 2825 NE Expressway #N1 Ramsgate Condo Atlanta, GA  30345 | same | present |
| 2825 NE Expressway # M3 Ramsgate Condo Atlanta, GA  30345 | same | prior |

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None

☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None

☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

| NAME | ADDRESS |
|---|---|

**[Questions 19 - 25 are not applicable to this case]**

*   *   *   *   *   *

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 3.9.0-642 - 30484

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| Date | 7/26/2005 | Signature of Debtor | /s/ Duane Leonard Dawson |
|------|-----------|---------------------|--------------------------|
|      |           |                     | DUANE LEONARD DAWSON     |

| Date | 7/26/2005 | Signature of Joint Debtor | /s/ Sheila Haddad Dawson |
|------|-----------|---------------------------|--------------------------|
|      |           |                           | SHEILA HADDAD DAWSON     |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x
Signature of Bankruptcy Petition Preparer

Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-642 - 30484

<u>    0    </u> continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

FORM B6A
(6/90)

In re ___Duane Leonard Dawson & Sheila Haddad Dawson_____    Case No._____
                      Debtor                                            (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence<br><br>2825 NE Expressway # N1<br>Ramsgate Condo<br>Atlanta, GA  30345<br>Dekalb County | Ownership | J | 150,000.00 | 142,426.00 |
| | | Total ▶ | 150,000.00 | |

(Report also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-642 - 30484

FORM B6B
(10/89)

Duane Leonard Dawson & Sheila Haddad Dawson

In re _____    Case No. _____
             Debtor                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | Cash | J | 40.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account with Suntrust | J | 33.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | BR, LR, DR, All maj.kit.apps., W/D, 2 TVs, VCR | J | 500.00 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | Clothing | J | 100.00 |
| 7.   Furs and jewelry. | | Jewelry | J | 180.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-642 - 30484

FORM B6B
(10/89)

Duane Leonard Dawson & Sheila Haddad Dawson

In re _____     Case No. _____
                         Debtor                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | X | | | |
| 16.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of  Real Property. | X | | | |
| 19.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-642 - 30484

FORM B6B
(10/89)

Duane Leonard Dawson & Sheila Haddad Dawson

In re _____     Case No. _____
                        Debtor                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Dodge Stratus | J | 3,600.00 |
| | | 1992 Oldsmobile Cutlass | J | 150.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | Cat | J | 10.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

_0_ continuation sheets attached

Total ▶  $        4,613.00

**(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)**

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-642 - 30484

FORM B6C
(6/90)

Duane Leonard Dawson & Sheila Haddad Dawson

In re _____     Case No. _____
                    Debtor                                                                          (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐  11 U.S.C. §522(b)(1)     Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑  11 U.S.C. §522(b)(2)     Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                            been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day
                            period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the
                            interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Residence | GCA § 44-13-100(a)(1) | 20,000.00 | 150,000.00 |
| Cash | GCA § 44-13-100(6)&(1) | 40.00 | 40.00 |
| Checking Account with Suntrust | GCA § 44-13-100(6)&(1) | 33.00 | 33.00 |
| BR, LR, DR, All maj.kit.apps., W/D, 2 TVs, VCR | GCA § 44-13-100(4) | 500.00 | 500.00 |
| Clothing | GCA § 44-13-100(4) | 100.00 | 100.00 |
| Jewelry | GCA § 44-13-100(5) | 180.00 | 180.00 |
| 1998 Dodge Stratus | GCA § 44-13-100(3) | 1,750.00 | 3,600.00 |
| 1992 Oldsmobile Cutlass | GCA § 44-13-100(3) | 1,750.00 | 150.00 |
| Cat | GCA § 44-13-100(4) | 10.00 | 10.00 |

Form B6D
(12/03)

In re _____,  Case No. _____
      Duane Leonard Dawson & Sheila Haddad Dawson
           **Debtor**                                                            **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>American General<br>P.O. Box 3212<br>Evansville, IN 47731 | | | Lien: PMSI<br>Security: Jewelry<br>$10.00 Monthly<br>Current<br><br>VALUE $ 0.00 | | | | 251.00 | 251.00 |
| ACCOUNT NO. 063473636<br><br>Countrywide Home Loans<br>P.O. Box 660074<br>Dallas, TX 75266 | | | Lien: Second Mortgage<br>Security: Residence<br>$252.12 Monthly<br>Current<br><br>VALUE $ 150,000.00 | | | | 28,306.32 | 0.00 |
| ACCOUNT NO.<br><br>Countrywide Home Loans<br>P.O. Box 660074<br>Dallas, TX 75266 | | | Lien: First Mortgage<br>Security: Residence<br>$885.63 Monthly<br>Current<br><br>VALUE $ 150,000.00 | | | | 114,120.00 | 0.00 |
| ACCOUNT NO.<br><br>Primus<br>P.O. Box 680020<br>Franklin, TN 37068 | | | Lien: Title Lien<br>Security: 1998 Dodge Stratus<br>$213.00 Monthly<br>Current<br><br>VALUE $ 3,600.00 | | | | 2,091.00 | 0.00 |

_1_____continuation sheets attached

Subtotal ▶   $   144,768.32
(Total of this page)

Total ▶   $ _____
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-642 - 30484

Form B6D - Cont.
(12/03)

In re  Duane Leonard Dawson & Sheila Haddad Dawson _____,    Case No. _____
            **Debtor**                                                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ramsgate Condo<br>155 Crystal Beach Dr. Suite 121<br>Destin, FL 32541 | | | Lien: Homeowners Association Fees<br>$189.00 Monthly<br>Current<br><br>VALUE $        0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Zales<br>Processing Center<br>Des Moines, IA  50364 | | | Lien: PMSI<br>Security: Jewelry<br>$40.00 Monthly<br>Current<br><br>VALUE $        0.00 | | | | 462.00 | 462.00 |
| ACCOUNT NO. 6035251003353369<br>Zales<br>Processing Center<br>Des Moines, IA  50364 | | | Lien: PMSI<br>Security: Jewelry<br>$25.00 Monthly<br>Current<br><br>VALUE $        0.00 | | | | 1,008.16 | 1,008.16 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶ (Total of this page) $        1,470.16

Total ▶ (Use only on last page) $    146,238.48

(Report total also on Summary of Schedules)

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 3.9.0-642  -  30484

Form B6E
(04/04)

In re  Duane Leonard Dawson & Sheila Haddad Dawson _____,    Case No._____

_____,    Case No._____

Debtor    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐    **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐    **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_   continuation sheets attached

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 3.9.0-642 - 30484

Form B6E - Cont.
(04/04)

Duane Leonard Dawson & Sheila Haddad Dawson

In re _____,          Case No. _____
　　　　　　　　　　　　Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)          Taxes & Debts to Governments

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GA Dept of Rev Field Svc<br>P.O. Box 38143<br>Bankruptcy Sect<br>Atlanta, GA  30334 | | | Consideration: 1996 Taxes | | | | 2,100.00 | 0.00 |
| ACCOUNT NO.<br><br>Internal Revenue Services<br>Insolvency<br>Room 400 - Stop 334-D<br>401 West Peachtree Street NW<br>Atlanta, GA  30308 | | | Consideration: 1996 Taxes | | | | 4,600.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ▶ $     6,700.00
(Total of this page)

Total ▶ $     6,700.00
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 3.9.0-642  -  30484

Form B6F (12/03)

In re _____Duane Leonard Dawson & Sheila Haddad Dawson_____,   Case No. _____
          **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary  of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   37231158225400 | | | Consideration: Credit Card | | | | |
| American Express P.O. Box 360002 Ft. Lauderdale, FL 33336 | | | | | | | 2,000.00 |
| ACCOUNT NO.   373723127163000 | | | Consideration: Credit Card | | | | |
| American Express P.O. Box 360002 Ft. Lauderdale, FL 33336 | | | | | | | 1,300.00 |
| ACCOUNT NO.   372411574084009 | | | Consideration: Credit Card | | | | |
| American Express P.O. Box 360002 Ft. Lauderdale, FL 33336 | | | | | | | 1,600.00 |
| ACCOUNT NO.   372763199881007 | | | Consideration: Credit Card | | | | |
| American Express P.O. Box 360002 Ft. Lauderdale, FL 33336 | | | | | | | 1,300.00 |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 3.9.0-642 - 30484

___3___continuation sheets attached

|  | | | | | Subtotal (Total of this page) | ▶ | $ | 6,200.00 |
|---|---|---|---|---|---|---|---|---|
|  | | | | | Total (Use only on last page) | ▶ | $ | |

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Duane Leonard Dawson & Sheila Haddad Dawson

**In re** _____,    **Case No.** _____

           **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bank Of America<br>P.O. Box 650260<br>Dallas, TX  75265 | | | Consideration: Credit Card | | | | 2,555.00 |
| ACCOUNT NO.<br><br>Bank of America<br>PO Box 30770<br>Tampa, FL 33630 | | | Consideration: Credit Card | | | | 5,400.00 |
| ACCOUNT NO.<br><br>Brenda Dawson<br>833 Bennett Ave.<br>Chicago, IL  60617 | X | | Consideration: Loan | | | | 3,000.00 |
| ACCOUNT NO.<br><br>Capital One<br>P.O. Box 70884<br>Charlotte, NC  28272 | | | Consideration: Credit Card | | | | 2,087.00 |
| ACCOUNT NO.  544376001027919<br><br>Chase Bank One Card Services<br>P.O. Box 15583<br>Wilmington, DE  19886 | | | Consideration: Credit Card | | | | 2,885.12 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-642 - 30484

Sheet no. __1__ of __3__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      15,927.12
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Duane Leonard Dawson & Sheila Haddad Dawson

In re _____,    Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5544552032971006 <br> Chase Bank One Card Services <br> P.O. Box 15583 <br> Wilmington, DE 19886 | | | Consideration: Credit Card | | | | 1,828.22 |
| ACCOUNT NO. <br> Citibank <br> P.O. Box 688907 <br> Des Moines, IA 50368 | | | Consideration: Credit Card | | | | 3,928.00 |
| ACCOUNT NO. 6011004568001933 <br> Discover <br> P.O. Box 15251 <br> Wilmington, DE 19886 | | | Consideration: Credit Card | | | | 1,720.00 |
| ACCOUNT NO. 6011300603503507 <br> Discover <br> P.O. Box 15251 <br> Wilmington, DE 19886 | | | Consideration: cr | | | | 1,926.00 |
| ACCOUNT NO. <br> J.C. Penney <br> P.O. Box 960001 <br> Orlando, FL 32896 | | | Consideration: Credit Card | | | | 1,802.44 |

Sheet no. __2__ of __3__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 11,204.66
(Total of this page)
Total ▶ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-642 - 30484

Form B6F - Cont.
(12/03)

Duane Leonard Dawson & Sheila Haddad Dawson

In re _____,    Case No. _____
                           **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wachovia Bank Card Services<br>P.O. Box 15137<br>Wilmington, DE 19886 | | | Consideration: Credit Card | | | | 3,644.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ▶ (Total of this page) | $ | 3,644.00 |
| Total ▶ (Use only on last page of the completed Schedule F.) | $ | 36,975.78 |

(Report total also on Summary of Schedules)

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 3.9.0-642 - 30484

FORM B6G
(10/89)

Duane Leonard Dawson & Sheila Haddad Dawson

In re _____     Case No. _____
                        Debtor                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-642 - 30484

FORM B6H
(6/90)

Duane Leonard Dawson & Sheila Haddad Dawson

In re _____    Case No. _____
                    Debtor                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Brenda Dawson<br>833 Bennett Ave.<br>Chicago, IL  60617 | Bank of America<br>PO Box 30770<br>Tampa, FL 33630 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-642 - 30484

Form B6I
12/03

Duane Leonard Dawson & Sheila Haddad Dawson

In re_____ ,                    Case No._____
           Debtor                                                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP       No dependents | AGE |

| Employment: Occupation | DEBTOR Credit Manager | SPOUSE Store Manager |
|---|---|---|
| Name of Employer | Easy Rental | Zales |
| How long employed | 2 Years | 8 Years |
| Address of Employer | 2076 Candler Rd | 4600 Ashford Dunwoody Rd. |
| | Decatur, GA 30032 | Atlanta, GA  30346 |

**Income:** (Estimate of average monthly income)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 2,784.00 | $ | 2,465.00 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 2,784.00 | $ | 2,465.00 |
| LESS PAYROLL DEDUCTIONS | | | | |
|   a. Payroll taxes and social security | $ | 404.00 | $ | 437.00 |
|   b. Insurance | $ | 74.00 | $ | 125.00 |
|   c. Union Dues | $ | 0.00 | $ | 0.00 |
|   d. Other (Specify: (D)401K Loan, 401K $244                    ) | $ | 244.00 | $ | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 722.00 | $ | 562.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,062.00 | $ | 1,903.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) _____ | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income (Specify) _____ | $ | 0.00 | $ | 0.00 |
| _____ | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 2,062.00 | $ | 1,903.00 |

TOTAL COMBINED MONTHLY INCOME          $ _____3,965.00_____                    (Report also on Summary  of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 3.9.0-642  -  30484

FORM B6J
(6/90)

Duane Leonard Dawson & Sheila Haddad Dawson

In re _____ ,   Case No. _____
            Debtor                                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 886.00 |
| Are real estate taxes included?        Yes ___√___   No _____ | | |
| Is property insurance included?        Yes ___√___   No _____ | | |
| Utilities      Electricity and heating fuel | $ | 161.00 |
|                     Water and sewer | $ | 0.00 |
|                     Telephone | $ | 50.00 |
|                     Other ____Cell $90, Cable $60_____ | $ | 150.00 |
| Home maintenance (Repairs and upkeep) | $ | 50.00 |
| Food | $ | 450.00 |
| Clothing | $ | 30.00 |
| Laundry and dry cleaning | $ | 40.00 |
| Medical and dental expenses | $ | 150.00 |
| Transportation (not including car payments) | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 400.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|                     Homeowner's or renter's | $ | 0.00 |
|                     Life | $ | 0.00 |
|                     Health | $ | 0.00 |
|                     Auto | $ | 128.00 |
|                     Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____Taxes $185_____ | $ | 185.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|                     Auto | $ | 213.00 |
|                     Other __2nd. Mortgage, HOA $213_____ | $ | 442.00 |
|                     Other __Loan from Mom $100,Amex $50,BOA $135__ | $ | 285.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____Grooming $100, Pet Expenses $45_____ | $ | 145.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)        $ _____ 3,965.00

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A.  Total projected monthly income | $ | N.A. |
| B.  Total projected monthly expenses | $ | N.A. |
| C.  Excess income (A minus B) | $ | N.A. |
| D.  Total amount to be paid into plan each _____N.A._____ | $ | N.A. |
|                                                              (interval) | | |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 3.9.0-642 - 30484

Official Form 6-Cont.
(12/03)

In re  Duane Leonard Dawson & Sheila Haddad Dawson ,  Case No. _____
          Debtor                                                                                  (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____18____
sheets and that they are true and correct to the best of my knowledge, information and belief.     (Total shown on summary page plus 1)

Date  7/26/2005 _____     Signature  /s/ Duane Leonard Dawson _____
                                                                                  Debtor

Date  7/26/2005 _____     Signature  /s/ Sheila Haddad Dawson _____
                                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____       _____
Printed or Typed Name of Bankruptcy Petition Preparer       Social Security No.
                                                                                  (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____       _____
Signature of Bankruptcy Petition Preparer       Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 3.9.0-642 - 30484

B203
12/94

# United States Bankruptcy Court
## Northern District of Georgia -  Atlanta Division

In re  Duane Leonard Dawson & Sheila Haddad Dawson

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept .......................…………………….…... $ ____1,200.00____

Prior to the filing of this statement I have received ........…………………...............  $ ____300.00____

Balance Due .........................................…………………………….................... $ ____900.00____

2.  The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  [Other provisions as needed]
The Balance Due has been paid in post dated checks.

Bankruptcy2005 © 1991-2005, New Hope Software, Inc.- ver. 3.9.0-642  -  30484

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

____7/26/2005_____          ____/s/ Emory L. Clark_____
*Date*                                                *Signature of Attorney*

Clark & Washington_____
*Name of law firm*

**Form B8 (Official Form 8)**
**(12/03)**

## Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

### UNITED STATES BANKRUPTCY COURT
### Northern District of Georgia -  Atlanta Division

In re    Duane Leonard Dawson & Sheila Haddad Dawson          ,          Case No. _____

                              Debtor

                                                            Chapter          Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  We have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  We intend to do the following with respect to the property of the estate which secures those consumer debts:

    *a.  Property to Be Surrendered.*

**Description of Property**                          **Creditor's name**

NONE

    *b.  Property to Be Retained.*                     *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| Residence | Countrywide Home Loans | √ |  | √ |
| Residence | Countrywide Home Loans | √ |  | √ |
| 1998 Dodge Stratus | Primus | √ |  | √ |

Date:  7/26/2005                        /s/ Duane Leonard Dawson
_____              _____
                                     Signature of Debtor        DUANE LEONARD DAWSON

Date:  7/26/2005                        /s/ Sheila Haddad Dawson
_____              _____
                                     Signature of Joint Debtor   SHEILA HADDAD DAWSON

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                              (Required by 11 U.S.C. § 110(c).)

_____
Address
Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. §156.*

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-642  -  30484

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court

## Northern District of Georgia -  Atlanta Division

Duane Leonard Dawson & Sheila Haddad Dawson

In re _____     Case No. _____
                        Debtor                                                    (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A  - Real Property | YES | 1 | $ 150,000.00 | | |
| B  - Personal Property | YES | 3 | $ 4,613.00 | | |
| C  - Property Claimed As Exempt | YES | 1 | | | |
| D  - Creditors Holding Secured Claims | YES | 2 | | $ 146,238.48 | |
| E  - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 6,700.00 | |
| F  - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $ 36,975.78 | |
| G  - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H  - Codebtors | YES | 1 | | | |
| I -  Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,965.00 |
| J  - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 3,965.00 |
| Total Number of Sheets in ALL Schedules ▶ | | 17 | | | |
| Total Assets ▶ | | | 154,613.00 | | |
| Total Liabilities ▶ | | | | 189,914.26 | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-642 - 30484